UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED OCT 18 2011

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARIA DE LOURDES GONZALEZ-MORENO (7),

        Defendant.

CASE NO. 07CR0746-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:
    18:371; 18:473 - Conspiracy to Transfer Counterfeit Federal Reserve Notes

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 17, 2011

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE